IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DRAKE A. EDWARDS, | : | |
| Plaintiff, | : | Case No. 3:15cv00135 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| DAYTON POLICE DEPARTMENT,<br>et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER

This case is presently before the Court upon *pro se* Plaintiff Drake A. Edwards' Motion to Recuse (Doc. #7) and the record as a whole.  Plaintiff requests the undersigned recuse herself in this case, arguing "if you allow my day in court with <u>Jury</u> I will win! Like you stated in the past I lie will fail! Your words. Peace :)" (emphasis and emoticon in original).

Plaintiff has not filed an affidavit required for recusal under 28 U.S.C. § 144 and has not specified any acts which would bring this case within 28 U.S.C. § 455. Accordingly, Plaintiff's motion lacks merit and is therefore DENIED.

IT IS SO ORDERED.

May 29, 2015

                                                                         s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                              Chief United States Magistrate Judge